

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00220-CV

## IN THE INTEREST OF S.T., A CHILD

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. DC-D201700852

## MEMORANDUM OPINION

This Court notified B.T., the appellant and father of S.T., in an order dated October 24, 2018 that his brief was overdue in this cause and that the appeal would be dismissed if the appellant's brief was not filed on or before November 30, 2018. No brief has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed December 5, 2018
[CV06]

